```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

RICHARD DARON KENNEDY,            :
                                  :
    Petitioner,                   :
                                  :
vs.                               : CIVIL ACTION NO. 17-0028-KD-B
                                  :
JUDGE JOHN LOCKETT, *et al.*,     :
                                  :
    Respondents.                  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** for lack of jurisdiction due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability and he is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 14th of February 2017.

                                                s/Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE